FRED C. AMPFER, Claimant, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29821.)

LOUIS BARTOLOZZI et al., Claimants, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29822.)

HARRY BERGSTROM et al., Claimants, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29823.)

LOUIS A. CORWIN et al., Claimants, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29824.)

CHRISTINE EIBLMEYER, Claimant, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29825.)

HENRY ERNST et al., Claimants, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29826.)

JOHN ERNST et al., Claimants, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29827.)

THERESIA GRUNER, Claimant, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29828.)

JOHN KEIFER et al., Claimants, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29829.)

LOUISE R. LEJEUNE, Claimant, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29830.)

FRED PETERMANN et al., Claimants, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29831.)

FREDERICK TROENDLE et al., Claimants, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29832.)

ROMAN CATHOLIC CHURCH OF OUR LADY OF THE CENACLE, Claimant, *v.* STATE OF NEW YORK, Defendant. (Claim No. 29863.)

Court of Claims, June 30, 1952.

*Isidor Bleich* for claimants.

*Nathaniel L. Goldstein, Attorney-General (Burns F. Barford* of counsel), for defendant.

SYLVESTER, J. The State's motion made during trial to dismiss each of the claims is granted. Damages to abutting owners for changes in grade of streets, as claimed herein, are *damnum absque injuria*. (*Radcliff's Executors* v. *Mayor of Brooklyn,* 4 N. Y. 195; *Sauer* v. *City of New York,* 180 N. Y. 27, affd. 206 U. S. 536.) In the instant situation there may be no recovery against the State in the absence of statutory authorization therefor. (*Sauer* v. *City of New York, supra; Matter of Young* v. *Kracke,* 262 App. Div. 67, affd. 287 N. Y. 634; *Burmaster* v. *State of New York,* 186 App. Div. 131; *West 158th St. Garage Corp.* v. *State of New York,* 256 App. Div. 401; *Miller* v. *State of New York,* 229 App. Div. 423.)

The provisions of article XII-B of the Highway Law, relating to State arterial highways passing through cities and under which the work was done, do not sustain the claimants' contention of statutory liability on the part of the State. (*Jeran Realty Corp.* v. *State of New York,* 194 Misc. 492.)

Let judgment be entered accordingly.